UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* :
**FRANCIS MARTE-CARRASCO** :
: **CIVIL ACTION NO. 3:22-cv-1071**
**V.** :
:
**WAL-MART STORES EAST, LP** : **AUGUST 24, 2022**

### DEFENDANT'S NOTICE OF REMOVAL

TO THE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF CONNECTICUT:

The named defendant, Wal-Mart Stores East, LP ("Defendant"), by and through its undersigned counsel, and pursuant to 28 U.S.C.A. § 1332(a) and § 1441, removes this action from the Superior Court, Judicial District of Hartford, in the State of Connecticut, to the United States District Court for the District of Connecticut and in support of which state as follows:

1. The plaintiff, Francis Marte-Carrasco ("Plaintiff"), commenced an action by service of process against the Defendant in state court entitled, *Francis Marte-Carrasco v. Wal-Mart Stores East, LP.*, Docket No. HHD-CV22-6159355-S and returnable to the Superior Court, Judicial District of Hartford. A copy of the referenced Summons and Complaint are attached hereto as **Exhibit A.**

2. This Notice of Removal is timely and filed with this Court within thirty (30) days after receipt by Defendant of the initial pleadings setting forth the claims for relief upon which this action is based. The Defendant was served on August 4, 2022.

3. The Complaint alleges a negligence action against the Defendant and seeks unspecified damages. The Plaintiff, however, alleges that she "…received and suffered a severe shock to her nervous system and from the injuries listed below. From all the injuries listed below or the

- 1 -

effect thereof, the Plaintiff has suffered and will suffer great pain, mental anguish and nervousness, some of which injuries, or the effects thereof, are, or are likely to be, permanent. The Plaintiff's injuries, *inter alia,* are as follows:

    a.    Chronic cervical strain and concomitant pain;

    b.    Chronic cervical facet mediated pain;

    c.    Chronic cervical discogenic pain;

    d.    Chronic cervical radiculitis;

    e.    Posterior disc bulge and left sided uncovertebral joint arthropathy resulting in mild to moderate left foraminal narrowing at C6-C7;

    f.    Chronic upper thoracic discogenic pain;

    g.    Chronic lumbar strain;

    h.    Chronic lumbar facet mediated pain;

    i.    Numbness/tingling in bilateral hands;

    j.    Myofascial pain syndrome;

    k.    9% permanent impairment of the cervical spine; and

    l.    4% permanent impairment of the lumbar spine."

See Exhibit A, at ¶ 8. The Plaintiff further alleges that she "…has incurred and will incur expenses for hospitalization, surgery, medical care and attention, medicine, x-rays etc…" Id. at ¶ 9. The Plaintiff also alleges that she "…has suffered and will continue to suffer from the loss of ability to enjoy life's pleasures and activities." Id. at ¶ 10. Additionally, the Plaintiff alleges that she "…has suffered and will suffer in the future lost wages and periods of disability." Id. at ¶ 11. Based upon the allegations in the Complaint, the damages claimed in this case exceed $75,000.

- 2 -

4. According to the Summons filed by the Plaintiff, she resides in Hartford, Connecticut and, accordingly, is a citizen of the State of Connecticut.

5. Defendant is a Delaware limited partnership. The sole general partner of Wal-Mart Stores East, Limited Partnership, is WSE Management, LLC and the sole limited partner is WSE Investment, LLC. The sole member of both WSE Management, LLC and WSE Investment, LLC is Wal-Mart Stores East, LLC. Wal-Mart Stores East, LLC is an Arkansas limited liability company, and its sole member is Walmart Inc.  Walmart Inc. is a Delaware corporation with its principal place of business in Bentonville, Arkansas. Thus, the Defendant is a citizen of the States of Delaware and Arkansas. There is complete diversity of citizenship between the Plaintiff and the Defendant.

6. The above-entitled action is a civil action over which this Court has original jurisdiction under the provisions of 28 U.S.C. § 1332 and thus may be removed to this Court by the Defendant pursuant to the provisions of 28 U.S.C. § 1441.

7. This action is removable pursuant to the provisions of 28 U.S.C. § 1441 because this is a civil action wherein the amount in controversy exceeds the sum of or the value of $75,000.00 exclusive of interest and costs, and Plaintiff and Defendant are citizens of different states.

Dated this 24th day of August, 2022.

THE DEFENDANT

By: /s/ George C. Springer, Jr.
George C. Springer, Jr. [ct03263]
Katie A. Roy [ct29988]
Rogin Nassau LLC
185 Asylum Street, 22nd Floor
Hartford, CT 06103-3460
Tel: (860) 256-6380
Fax: (860) 278-2179
E-mail: gspringer@roginlaw.com

## **CERTIFICATION**

      This is to certify that a copy of the foregoing was served electronically this 24th day of August 2022 and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail at the addresses shown below to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.


Matthew Paradisi, Esq.
Cicchiello & Cicchiello, LLP
364 Franklin Avenue
Hartford, CT 06114
mparadisi@cicchielloesq.com

                                              /s/ George C. Springer, Jr.
                                              George C. Springer, Jr. [ct03263]