# EXHIBIT A

| SUMMONS - CIVIL<br>JD-CV-1  Rev. 2-22<br>C.G.S. §§ 51-346, 51-347, 51-349, 51-350, 52-45a, 52-48, 52-259;<br>P.B. §§ 3-1 through 3-21, 8-1, 10-13 | For information on<br>ADA accommodations,<br>contact a court clerk or<br>go to: www.jud.ct.gov/ADA. | STATE OF CONNECTICUT<br>SUPERIOR COURT<br>www.jud.ct.gov  |
|---|---|---|

**Instructions are on page 2.**

- [ ] Select if amount, legal interest, or property in demand, not including interest and costs, is LESS than $2,500.
- [x] Select if amount, legal interest, or property in demand, not including interest and costs, is $2,500 or MORE.
- [ ] Select if claiming other relief in addition to, or in place of, money or damages.

**TO: Any proper officer**
By authority of the State of Connecticut, you are hereby commanded to make due and legal service of this summons and attached complaint.

| Address of court clerk (Number, street, town and zip code)<br>95 Washington Street, Hartford, CT 06106 | Telephone number of clerk<br>( 860 ) 548 - 2700 | Return Date (Must be a Tuesday)<br>08/30/2022 |
|---|---|---|
| [x] Judicial District   G.A.<br>[ ] Housing Session   [ ] Number: ___ | At (City/Town)<br>Hartford | Case type code (See list on page 2)<br>Major: T   Minor: 03 |

**For the plaintiff(s) enter the appearance of:**

| Name and address of attorney, law firm or plaintiff if self-represented (Number, street, town and zip code)<br>Cicchiello & Cicchiello, LLP | Juris number (if attorney or law firm)<br>419987 |
|---|---|
| Telephone number<br>( 860 ) 296 - 3457 | Signature of plaintiff (if self-represented) | |
| The attorney or law firm appearing for the plaintiff, or the plaintiff if self-represented, agrees to accept papers (service) electronically in this case under Section 10-13 of the Connecticut Practice Book. [x] Yes [ ] No | E-mail address for delivery of papers under Section 10-13 of the Connecticut Practice Book (if agreed)<br>mparadisi@cicchielloesq.com |

| Parties | Name (Last, First, Middle Initial) and address of each party (Number; street; P.O. Box; town; state; zip; country, if not USA) | |
|---|---|---|
| First plaintiff | Name: Marte-Carrasco, Francis<br>Address: 66 Webster Street, Apt. M-4, Hartford, CT 06114 | P-01 |
| Additional plaintiff | Name:<br>Address: | P-02 |
| First defendant | Name: Wal-Mart Stores East, LP<br>Address: AGENT: C T CORPORATION SYSTEM, 67 Burnside Ave., East Hartford, CT 06108 | D-01 |
| Additional defendant | Name:<br>Address: | D-02 |
| Additional defendant | Name:<br>Address: | D-03 |
| Additional defendant | Name:<br>Address: | D-04 |

| Total number of plaintiffs: | Total number of defendants: | [ ] Form JD-CV-2 attached for additional parties |
|---|---|---|

**Notice to each defendant**

1. **You are being sued.** This is a summons in a lawsuit. The complaint attached states the claims the plaintiff is making against you.
2. To receive further notices, you or your attorney must file an *Appearance* (form JD-CL-12) with the clerk at the address above. Generally, it must be filed on or before the second day after the Return Date. The Return Date is not a hearing date. You do not have to come to court on the Return Date unless you receive a separate notice telling you to appear.
3. If you or your attorney do not file an *Appearance* on time, a default judgment may be entered against you. You can get an *Appearance* form at the court address above, or on-line at https://jud.ct.gov/webforms/.
4. If you believe that you have insurance that may cover the claim being made against you in this lawsuit, you should immediately contact your insurance representative. Other actions you may take are described in the Connecticut Practice Book, which may be found in a superior court law library or on-line at https://www.jud.ct.gov/pb.htm.
5. If you have questions about the summons and complaint, you should talk to an attorney. The court staff is not allowed to give advice on legal matters.

| Date | Signed (Sign and select proper box) | [x] Commissioner of Superior Court<br>[ ] Clerk | Name of person signing<br>Matthew D. Paradisi, Esq. |
|---|---|---|---|

If this summons is signed by a Clerk:
a. The signing has been done so that the plaintiff(s) will not be denied access to the courts.
b. It is the responsibility of the plaintiff(s) to ensure that service is made in the manner provided by law.
c. The court staff is not permitted to give any legal advice in connection with any lawsuit.
d. The Clerk signing this summons at the request of the plaintiff(s) is not responsible in any way for any errors or omissions in the summons, any allegations contained in the complaint, or the service of the summons or complaint.

For Court Use Only
File Date
A TRUE COPY ATTEST
KEITH D. NIZIANKIEWICZ
CONNECTICUT STATE MARSHAL
INDIFFERENT PERSON

| I certify I have read and understand the above: | Signed (Self-represented plaintiff) | Date | Docket Number |
|---|---|---|---|

Page 1 of 2

| | |
|---|---|
| RETURN DATE: AUGUST 30, 2022 | SUPERIOR COURT |
| FRANCIS MARTE-CARRASCO | J.D. OF HARTFORD |
| VS. | AT HARTFORD |
| WAL-MART STORES EAST, LP | AUGUST 1, 2022 |

## COMPLAINT

1. At all times mentioned herein, the Plaintiff, Francis Marte-Carrasco, was and is a resident of the City of Hartford, State of Connecticut.

2. At all times mentioned herein, the Defendant, WAL-MART STORES EAST, LP, was a foreign partnership with a business address of 702 SW 8th Street, Bentonville, AR, 72716, and which was transacting business in the State of Connecticut.

3. At all times mentioned herein, the Defendant, its agents, servants and/or employees exercised complete control and possession over a commercial property located at 495 Flatbush Avenue in the City of Hartford, State of Connecticut also commonly referred to as "Walmart Supercenter" (hereinafter Subject Property).

4. On or about October 5, 2020, the Subject Property was a supermarket and retail store wherein the Plaintiff was lawfully on the premises as a business invitee.

5. On or about October 5, 2020, Plaintiff was shopping at the Subject Property with her son, who was sitting in her shopping cart.

6. As Plaintiff was turning her shopping cart in an aisle, one of the wheels of the cart failed and/or broke, causing the cart to tip over and fall. As Plaintiff attempted to prevent the cart from falling to the ground with her child in it, the force of the falling cart injured her shoulder and back.

7. Said occurrence was due to the negligence and carelessness of the Defendant, its servants, agents, subsidiaries or employees in one or more of the following ways, in that:

   a. it failed to warn the Plaintiff of the aforesaid conditions;

   b. it failed to make proper and reasonable inspection of its carts, which would have revealed the defect in the cart;

   c. it failed to remedy or repair said condition when the same was reasonably necessary under the circumstances;

   d. it failed to remedy or repair said condition in a timely manner despite having constructive and/or actual notice of the condition; and

   e. the condition causing the Plaintiff's injuries is of the type that would not have occurred unless the Defendant had been negligent, the mechanism was within the sole control of Defendant.

8. As a result of the negligence and carelessness of the Defendant, the Plaintiff received and suffered a severe shock to her nervous system and from the injuries listed below. From all the injuries listed below or the effects thereof, the Plaintiff has suffered and will suffer great pain, mental anguish and nervousness, some of which injuries, or the effects thereof, are, or are likely to be, permanent. The Plaintiff's injuries, *inter alia*, are as follows:

   a. Chronic cervical strain and concomitant pain;

   b. Chronic cervical facet mediated pain;

   c. Chronic cervical discogenic pain;

   d. Chronic cervical radiculitis;

   e. Posterior disc bulge and left sided uncovertebral joint arthropathy resulting in mild to moderate left foraminal narrowing at C6-C7;

2

   f.  Chronic upper thoracic discogenic pain;

   g.  Chronic lumbar strain;

   h.  Chronic lumbar facet mediated pain;

   i.  Numbness/tingling in bilateral hands;

   j.  Myofascial pain syndrome;

   k.  9% permanent impairment of the cervical spine; and

   l.  4% permanent impairment of the lumbar spine.

9. As a further result of the negligence and carelessness of the Defendant, the Plaintiff has incurred and will incur expenses for hospitalization, surgery, medical care and attention, medicine, x-rays etc., all of which has and will cause her damage and loss.

10. As a further result of the negligence and carelessness of the Defendant, the plaintiff has suffered and will continue to suffer from the loss of ability to enjoy life's pleasures and activities.

11. As a further result of the conduct of the Defendant, the Plaintiff has suffered and will suffer in the future lost wages and periods of disability.

THE PLAINTIFF
FRANCIS MARTE-CARRASCO

BY: *(signature)*
Matthew D. Paradisi, Esq.
Cicchiello & Cicchiello, LLP
364 Franklin Avenue
Hartford, CT 06114
Tel: (860) 296-3457
Juris No.: 419987
Email: mparadisi@cicchielloesq.com

A TRUE COPY ATTEST
*(signature)*
KEITH D. NIZIANKIEWICZ
CONNECTICUT STATE MARSHAL
INDIFFERENT PERSON

3

**WHEREFORE**, the plaintiff claims:

1. Money damages;

2. Costs of this action;

3. Allowable costs; and,

4. Such other relief as the Court deems just and proper.

<div style="margin-left: 50%;">

THE PLAINTIFF
FRANCIS MARTE-CARRASCO

BY: _____
Matthew D. Paradisi, Esq.
Cicchiello & Cicchiello, LLP
364 Franklin Avenue
Hartford, CT 06114
Tel: (860) 296-3457
Juris No.: 419987
Email: mparadisi@cicchielloesq.com

</div>

A TRUE COPY ATTEST
KEITH D. NIZIANKIEWICZ
CONNECTICUT STATE MARSHAL
INDIFFERENT PERSON

4

| | | |
|---|---|---|
| RETURN DATE: AUGUST 30, 2022 | : | SUPERIOR COURT |
| FRANCIS MARTE-CARRASCO | : | J.D. OF HARTFORD |
| VS. | : | AT HARTFORD |
| WAL-MART STORES EAST, LP | : | AUGUST 1, 2022 |

## STATEMENT OF AMOUNT IN DEMAND

The amount in demand in excess of $15,000.00, exclusive of costs and interest.

THE PLAINTIFF
FRANCIS MARTE-CARRASCO

BY: _____
Matthew D. Paradisi, Esq.
Cicchiello & Cicchiello, LLP
364 Franklin Avenue
Hartford, CT 06114
Tel: (860) 296-3457
Juris No.: 419987
Email: mparadisi@cicchielloesq.com

A TRUE COPY ATTEST
_____
KEITH D. NIZIANKIEWICZ
CONNECTICUT STATE MARSHAL
INDIFFERENT PERSON

5